| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>MICHAEL QUINN<br>Deputy Attorney General<br>DANIEL DUAN<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3611<br>Facsimile: (415) 703-5799<br>E-mail: Michael.Quinn@doj.ca.gov<br>*Attorneys for Defendant D. Lawrence* | KEKER, VAN NEST & PETERS LLP<br>JENNIFER A. HUBER - # 250143<br>jhuber@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>CODY GRAY - #310525<br>cgray@keker.com<br>LUKE APFELD - # 327029<br>lapfeld@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>ATTORNEYS FOR PLAINTIFF |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JACK EMMITT WILLIAMS**,<br><br>                                         Plaintiff,<br><br>          v.<br><br>**LAWRENCE, et al.**,<br><br>                                         Defendants. | Case No. 3:19-cv-01369-CRB (PR)<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**    ORDER<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge: The Honorable Charles R. Breyer<br>Trial Date:    Not Set<br>Action Filed:  March 14, 2019 |

Plaintiff Jack Emmitt Williams and Defendant D. Lawrence, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

1

Jt. Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (3:19-cv-01369-CRB (PR))

| | | |
|---|---|---|
| Dated: | March 21, 2022 | s/Jennifer Huber |
| | | Jennifer Huber |
| | | Cody Gray |
| | | Luke Apfeld |
| | | Counsel for Plaintiff |
| | | JACK EMMITT WILLIAMS |

| | | |
|---|---|---|
| Dated: | March 23, 2022 | s/Daniel Duan |
| | | Daniel Duan |
| | | Deputy Attorney General |
| | | California Attorney General's Office |
| | | Attorneys for Defendant D. Lawrence |

Date: March 31, 2022

SF2019202282
91471943.docx

APPROVED

*Judge Charles R. Breyer*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2

Jt. Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (3:19-cv-01369-CRB (PR))

# CERTIFICATE OF SERVICE

Case Name:   <u>Williams v. Lawrence, et al.</u>        No.    <u>3:19-cv-01369-CRB (PR)</u>

I hereby certify that on <u>March 28, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 28, 2022</u>, at San Francisco, California.

|  |  |
|---|---|
| M. Paredes | */s/M.Paredes* |
| Declarant | Signature |

SF2019202282
43146331.docx